UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Juan Manuel Ortiz-Chavolla <br><br> Defendant. | Case No. CR 03-1037-SJO <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of CA involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

   _____
   _____
   _____
   _____
   _____

   B. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____
   _____
   _____
   _____
   _____

   IT IS ORDERED that defendant be detained.

DATED:  6/10/09

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge